1  Steven W. Ritcheson, Esq. (Cal. Bar No. 174062)
   WHITE FIELD, INC.
2  9800 D Topanga Canyon Blvd. #347
   Chatsworth, California 91311
3  Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
4
   Attorneys for Plaintiff, Kensington Grace Holdings, LLC
5
   Manatt, Phelps & Phillips, LLP
6  ROBERT D. BECKER (SBN 160648)
   E-mail: rbecker@manatt.com
7  BENJAMIN KLEINMAN (SBN 261846)
   E-mail: bkleinman@manatt.com
8  1001 Page Mill Road, Building 2
   Palo Alto, CA 94304-1006
9  Telephone: (650) 812-1300
   Facsimile: (650) 213-0260
10
   Attorneys for Defendant, Santa Barbara Bank & Trust, N.A.
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| KENSINGTON GRACE HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CITIZENS BUSINESS BANK, CATHAY BANK, BRIDGE BANK, N.A., SANTA BARBARA BANK & TRUST, N.A., CENTER BANK, COMMUNITY BANK, MONTECITO BANK & TRUST, NARA BANK, TORREY PINES BANK, AND WILSHIRE STATE BANK,<br><br>Defendants. | No. CV 11-07134-MMM(JEMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 11, 2011<br><br>Current response date: November 1, 2011<br><br>New response date: December 1, 2011 |

Plaintiff Kensington Grace Holdings, LLC and Defendant Santa Barbara Bank & Trust, N.A., by and through their respective counsel, stipulate as follows:

Pursuant to C.D. CAL. LOCAL RULE 8-3, the time for Defendant Santa Barbara Bank & Trust, N.A. to respond to Plaintiff Kensington Grace Holdings, LLC's Complaint for Patent Infringement shall be extended from November 1, 2011 to December 1, 2011.

IT IS SO STIPULATED.

Dated:    November 1, 2011

Steven W. Ritcheson, Esq. (Cal. Bar No. 174062)
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
switcheson@whitefieldinc.com

By: *s/ Steven W. Ritcheson*

Attorneys for Plaintiff
Kensington Grace Holdings, LLC

Dated:    November 1, 2011

Manatt, Phelps & Phillips, LLP
ROBERT D. BECKER (SBN 160648)
E-mail: rbecker@manatt.com
BENJAMIN KLEINMAN (SBN 261846)
E-mail: bkleinman@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

By: *s/ Robert D. Becker*

Attorneys for Defendant
Santa Barbara Bank & Trust, N.A.

300934279.1