Steven W. Ritcheson, Esq. (SBN 174062)
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff,
KENSINGTON GRACE HOLDINGS, LLC,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| KENSINGTON GRACE HOLDINGS, LLC,<br>,<br>                    Plaintiff,<br><br>         v.<br><br>CITIZENS BUSINESS BANK, CATHAY BANK, BRIDGE BANK, N.A., SANTA BARBARA BANK & TRUST, N.A., CENTER BANK, COMMUNITY BANK, MONTECITO BANK & TRUST, NARA BANK, TORREY PINES BANK, and WILSHIRE STATE BANK,<br><br>                    Defendants. | Case No.  11-cv-07134-MMM-JEM<br>_____<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted by between Plaintiff Kensington Grace Holdings, LLC ("Plaintiff") against and <u>Defendant Wilshire State Bank</u> ("Defendant"), the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by and between Plaintiff and Defendant are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated December 21, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

IT IS SO ORDERED.

Date: January 5, 2012

_____
Hon. Margaret M. Morrow
United States District Judge