| | |
|---|---|
| 1 | STEVEN W. RITCHESON, ESQ (SBN 174062)     E-FILED 05.02.12 |
|   | White Field, Inc. |
| 2 | 9800 D Topanga Canyon Blvd. #347 |
|   | Chatsworth, California  91311 |
| 3 | Telephone: (818) 882-1030 |
|   | Facsimile: (818) 337-0383 |
| 4 | swritcheson@whitefieldinc.com |

Attorneys for Plaintiff,
KENSINGTON GRACE HOLDINGS, LLC,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| KENSINGTON GRACE HOLDINGS, LLC, | Case No.  CV 11-07134-MMM-JEM |
| Plaintiff, | ~~PROPOSED~~ **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CITIZENS BUSINESS BANK, CATHAY BANK,  BRIDGE BANK, N.A.,  SANTA BARBARA BANK & TRUST, N.A., CENTER BANK, COMMUNITY BANK, MONTECITO BANK & TRUST, NARA BANK, TORREY PINES BANK,  and WILSHIRE STATE BANK, | |
| Defendants. | |

PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

# ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted by between Plaintiff Kensington Grace Holdings, LLC against and Defendant Cathay Bank, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: May 2, 2012        By:  _____
                                MARGARET M. MORROW,
                                U.S. DISTRICT JUDGE